IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00061-CR

No.
10-05-00062-CR

No.
10-05-00064-CR

 

Tanequa Meekins,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 367th District Court

Denton County, Texas

Trial Court # F-2003-0825-E

Trial
Court # F-2003-0826-E

Trial
Court # F-2003-0827-E

 



MEMORANDUM Opinion



 








          Tanequa
Meekins filed notices withdrawing her appeals from her three convictions for
injury to a child.  See Tex. R. App. P.
42.2(a).

          Duplicate
copies of these notices have been sent to the trial court clerk.  Id.

          Accordingly,
these appeals are dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

Before
Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeals
dismissed

Opinion
delivered and filed April 20, 2005

Do
not publish

[CR25]